**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-22757-CV-WILLIAMS**

TATYANA MALENKOVICH,

     Plaintiff,

v.

HEALTH GORILLA, INC.,

     Defendant.

_____/

## ORDER TRANSFERRING CASE

**THIS MATTER** is before the Court following a *sua sponte* review of the record. Pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida and based on related Case No. 26-CV-21639-KMM, **GOOD CAUSE** exists to transfer this case to the Honorable K. Michael Moore.

Based on these circumstances, and with the agreement and consent of District Judge Michael Moore, it is **ORDERED AND ADJUDGED** that this case is **TRANSFERRED** to Judge Moore.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>28th</u> day of April, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

After reviewing the record, the undersigned hereby accepts the transfer of this action.  Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, 26-CV-22757-KMM, indicating the Judge to whom all pleadings should be routed.

**DONE AND SIGNED** in chambers in Miami, Florida, on this _28th_ day of April, 2026.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE